UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICK L. PRATT,

    Petitioner,

-vs-                                                            Case No. 6:10-cv-1196-Orl-28DAB

ATTORNEY GENERAL, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on the following matters:

1.    Petitioner's Motion for Reconsideration (Doc. No. 22) is **GRANTED** in part. Within fourteen (14) days from the date of this Order, Petitioner may file an amended habeas petition on the approved section 2254 form, which shall not exceed twenty-five pages in length. The Clerk of the Court is directed to provide Petitioner with the appropriate section 2254 form.

Petitioner shall include *all* of his claims in the amended habeas petition, as this case will then proceed with regard to the claims raised in the amended habeas petition only. Any claims not included therein will be deemed waived or abandoned by Petitioner. If Petitioner fails to file an amended habeas petition motion within the time-period specified above, this case will proceed as to the claims raised in the initial habeas petition (Doc. No. 1) only.

2. If Petitioner files an amended habeas petition, the Court will then enter an order requiring Respondents to file a response.

3. The proposed amended petition and appendix, which are attached to the Motion for Reconsideration (Doc. No. 22), are hereby **STRICKEN**, and they shall be removed from the record and returned to Petitioner by the Clerk of the Court.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this __19__ day of April, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 4/14
Patrick L. Pratt
Counsel of Record