**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PATRICK L. PRATT,

    Petitioner,

-vs-                                                Case No. 6:10-cv-1196-Orl-28DAB

ATTORNEY GENERAL, STATE OF FLORIDA, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR RECONSIDERATION** (Doc. No. 36) |
| **FILED:** | **AUGUST 22, 2011** |
| **THEREON** it is **ORDERED** that the motion is **DENIED.** | |

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 24 day of August, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 8/5
Counsel of Record
Patrick L. Pratt